**Def–001** [Deficiency Notice] (Rev. 01/04)

# United States Bankruptcy Court
## Northern District of Alabama,  Northern Division

400 Well Street
P. O. Box 2748
Decatur, AL 35601

---

In Re:  James Andrew McNeese and Jaime L. Hovis
McNeese
Debtor

Case No.: 04–81992–7

Chapter:  7

---

## NOTICE OF DEFICIENT AND/OR INCOMPLETE FILING

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Joint Debtors Stree Address and County of Residence Missing from Petition

Social Security # of Joint Debtor on Form B21 is duplicate of Debtor's Social Security Number

Dated:    May 4, 2004

Richard K Mauk (Acting), Clerk
United States Bankruptcy Court

By: G Holzer