**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA
### Northern Division
400 Well Street
P. O. Box 2748
Decatur, AL 35601

**Case No. <u>04–81992–JAC7</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Andrew McNeese | Jaime L. Hovis McNeese |
| 204 Brook Wind Dr | 204 Brook Wind Dr |
| Hazel Green, AL 35750 | Hazel Green, AL 35750 |

Social Security No.:
xxx–xx–6268                                   xxx–xx–4918

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>8/11/04</u>                                   <u>Jack Caddell</u>
                                                        United States Bankruptcy Judge

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

**ATTENTION DEBTOR:      IMPORTANT DOCUMENT!      PLEASE KEEP FOR YOUR RECORDS!**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 1126-8        User: dhamlin          Page 1 of 1           Date Rcvd: Aug 11, 2004
Case: 04-81992             Form ID: b18           Total Served: 23
```

The following entities were served by first class mail on Aug 13, 2004.
```
db        +James Andrew McNeese,   204 Brook Wind Dr,   Hazel Green, AL 35750-8880
jdb       +Jaime L. Hovis McNeese,  204 Brook Wind Dr,   Hazel Green, AL 35750-8880
aty       +C. WAYNE MORRIS,   2206 A CLINTON AVE., WEST,   HUNTSVILLE, AL 35805-3000
tr        +Judith Thompson,   P.O. Box 18966,   Huntsville, AL 35804-8966
smg       +Richard Blythe,   BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
3648223   +Buyer Club,   C/O Fair Financial Svc,   1753 State Road,   Cuyahoga Falls OH 44223-1305
3648226    CMS Presidio LLC,   C/O GC Services Limited Partnership,   PO Box 2667 (064),
             Houston TX 77252-2667
3648225    Chase Manhattan Bank USA,   PO Box 15583,   Wilmington DE 19886-1194
3648229    Goodyear Credit Card,   PO Box 9025,   Des Moines IA 50368-9025
3648230   +Harbour Green Apartments,   C/O Credit Bureau of Panama City, Ltd,   PO Box 1160,
             Panama City FL 32402-1160
3648231   +Huntsville Hospital,   101 Silvey Road,   Huntsville AL 35801-4470
3648232    Parisian,   PO Box 5211,   Carol Stream IL 60197-5211
3648233    Providian,   Universial Fidelity Corp,   PO Box 941911,   Houston TX 77094-8911
3648234    Rhodes Furniture,   C/O Household Bank,   PO Box 15521,   Wilmington DE 19850-5521
3648236    Sears,   86 Annex,   Atlanta GA 30386-0001
3648237    SouthTrust Bank,   Consumer Loan Dept.,   PO Box 2233,   Birmingham AL 35201-2233
3648239    US Department of Education,   PO Box 530260,   Atlanta GA 30353-0260
3648238    United Consumer Financial Services,   PO Box 856290,   Louisville KY 40285-6290
3648240    WFS Financial,   PO Box 25341,   Santa Ana CA 92799-5341
```

The following entities were served by electronic transmission on Aug 12, 2004 and receipt of the transmission was confirmed on:
```
3648224    EDI: CAPITALONE.COM Aug 12 2004 14:19:00    Capital One,   PO Box 85015,   Richmond VA 23285-5015
3648227    EDI: COUNTRYWIDE.COM Aug 12 2004 14:18:00    Countrywide Home Loans,   PO Box 660694,
             Dallas TX 75266-0694
3648228    E-mail: mrdiscen@discoverfinancial.com Aug 12 2004 14:12:53    Discover,   PO Box 15251,
             Wilmington DE 19886-5251
3648235    EDI: TSYS.COM Aug 12 2004 14:19:00    Sams Club,   PO Box 105980 Dept 77,   Atlanta GA 30353-5980
3648236    EDI: SEARS.COM Aug 12 2004 14:18:00    Sears,   86 Annex,   Atlanta GA 30386-0001
                                                                                    TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 13, 2004**                    **Signature:** _Joseph Speetjens_